B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of Ohio

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Griffiths, Alan Ward** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Griffiths, Cheri Lee** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Al Griffiths Construction; AKA Alan W. Griffiths, Trustee** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**xxx-xx-5721** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1314** |
| Street Address of Debtor (No. and Street, City, and State):<br>**755 Tom Tim Drive**<br>**Paulding, OH**<br>ZIP Code **45879** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**755 Tom Tim Drive**<br>**Paulding, OH**<br>ZIP Code **45879** |
| County of Residence or of the Principal Place of Business:<br>**Paulding** | County of Residence or of the Principal Place of Business:<br>**Paulding** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Griffiths, Alan Ward**<br>**Griffiths, Cheri Lee** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Steven L. Diller**     **February 27, 2015**<br>Signature of Attorney for Debtor(s)    (Date)<br>**Steven L. Diller 0023320** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Griffiths, Alan Ward <br> Griffiths, Cheri Lee |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Alan Ward Griffiths**
Signature of Debtor **Alan Ward Griffiths**

X **/s/ Cheri Lee Griffiths**
Signature of Joint Debtor **Cheri Lee Griffiths**

Telephone Number (If not represented by attorney)

**February 27, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Steven L. Diller**
Signature of Attorney for Debtor(s)

**Steven L. Diller 0023320**
Printed Name of Attorney for Debtor(s)

**Diller and Rice, LLC**
Firm Name

**124 East Main Street**
**Van Wert, OH 45891**

Address

**steven@drlawllc.com; kim@drlawllc.com**
**419-238-5025  Fax: 419-238-4705**
Telephone Number

**February 27, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

# United States Bankruptcy Court
## Northern District of Ohio

In re **Alan Ward Griffiths / Cheri Lee Griffiths** Debtor(s)  Case No. ___  Chapter **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ___

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Alan Ward Griffiths**
**Alan Ward Griffiths**

Date: **February 27, 2015**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Ohio

In re **Alan Ward Griffiths / Cheri Lee Griffiths**  
Debtor(s)

Case No. _____  
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Cheri Lee Griffiths**
**Cheri Lee Griffiths**

Date: **February 27, 2015**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re: **Alan Ward Griffiths / Cheri Lee Griffiths**, Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Antwerp Exchange Bank<br>305 South Main Street<br>PO Box 727<br>Antwerp, OH 45813 | Antwerp Exchange Bank<br>305 South Main Street<br>PO Box 727<br>Antwerp, OH 45813 | Note # 6581 | Unliquidated | 263,752.00<br>(0.00 secured) |
| Antwerp Exchange Bank<br>305 South Main Street<br>PO Box 727<br>Antwerp, OH 45813 | Antwerp Exchange Bank<br>305 South Main Street<br>PO Box 727<br>Antwerp, OH 45813 | Note # 5665 | | 219,295.00<br>(0.00 secured) |
| Antwerp Exchange Bank<br>305 South Main Street<br>PO Box 727<br>Antwerp, OH 45813 | Antwerp Exchange Bank<br>305 South Main Street<br>PO Box 727<br>Antwerp, OH 45813 | Note # 35933 | Unliquidated | 186,571.00<br>(0.00 secured) |
| Farmers & Merchants State Bank<br>PO Box 216<br>Archbold, OH 43502 | Farmers & Merchants State Bank<br>PO Box 216<br>Archbold, OH 43502 | Note # 10069400 | Unliquidated | 114,099.00<br>(0.00 secured) |
| Farmers and Merchants State Bank<br>307-11 North Defiance Street<br>Archbold, OH 43502 | Farmers and Merchants State Bank<br>307-11 North Defiance Street<br>Archbold, OH 43502 | Note # 100199291 | Unliquidated | 117,075.00<br>(0.00 secured) |
| Farmers and Merchants State Bank<br>307-11 North Defiance Street<br>Archbold, OH 43502 | Farmers and Merchants State Bank<br>307-11 North Defiance Street<br>Archbold, OH 43502 | Note # 100201365 | Unliquidated | 335,452.00<br>(0.00 secured) |
| First Federal Bank<br>601 South Clinton St.<br>PO Box 248<br>Defiance, OH 43512 | First Federal Bank<br>601 South Clinton St.<br>PO Box 248<br>Defiance, OH 43512 | Note # 14475 | Unliquidated | 277,442.00<br>(0.00 secured) |
| First Federal Bank<br>601 Clinton St.<br>PO Box 248<br>Defiance, OH 43512 | First Federal Bank<br>601 Clinton St.<br>PO Box 248<br>Defiance, OH 43512 | Note # 86855 | Unliquidated | 199,323.00<br>(0.00 secured) |
| Gary Foley<br>3416 Musser Drive<br>Lima, OH 45807 | Gary Foley<br>3416 Musser Drive<br>Lima, OH 45807 | | | 139,000.00<br>(0.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Alan Ward Griffiths**
      **Cheri Lee Griffiths**
                       Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Gary Selhorst<br>350 Thomas Ave.<br>Ottawa, OH 45875 | Gary Selhorst<br>350 Thomas Ave.<br>Ottawa, OH 45875 | Purchase of Stock on 12/31/2009 | Unliquidated | 99,671.06 |
| Paulding County Auto Group<br>119 S. Williams St.<br>Paulding, OH 45879 | Paulding County Auto Group<br>119 S. Williams St.<br>Paulding, OH 45879 | | Unliquidated<br>Disputed | 230,000.00<br><br>(0.00 secured) |
| Saneholtz-McKarns, Inc.<br>416 West Main Street<br>Montpelier, OH 43543 | Saneholtz-McKarns, Inc.<br>416 West Main Street<br>Montpelier, OH 43543 | Line of credit for gas supply | Unliquidated | 250,000.00 |
| Sherwood State Bank<br>105 N. Harrison Street<br>PO Box 4546<br>Sherwood, OH 43556 | Sherwood State Bank<br>105 N. Harrison Street<br>PO Box 4546<br>Sherwood, OH 43556 | Note # 1124438 | | 111,097.00<br><br>(0.00 secured) |
| Sherwood State Bank<br>105 N. Harrison Street<br>PO Box 4546<br>Sherwood, OH 43556 | Sherwood State Bank<br>105 N. Harrison Street<br>PO Box 4546<br>Sherwood, OH 43556 | Note # 1124664 | Unliquidated | 218,073.00<br><br>(0.00 secured) |
| State Bank and Trust<br>401 Clinton<br>PO Box 467<br>Defiance, OH 43512 | State Bank and Trust<br>401 Clinton<br>PO Box 467<br>Defiance, OH 43512 | Note # 67640 | | 235,380.00<br><br>(0.00 secured) |
| The Henry County Bank<br>122 East Washington Street<br>Napoleon, OH 43545 | The Henry County Bank<br>122 East Washington Street<br>Napoleon, OH 43545 | Note # 19140 | Unliquidated | 461,144.00<br><br>(0.00 secured) |
| The Henry County Bank<br>122 East Washington Street<br>Napoleon, OH 43545 | The Henry County Bank<br>122 East Washington Street<br>Napoleon, OH 43545 | Note # 20548 | | 393,209.00<br><br>(0.00 secured) |
| The Henry County Bank<br>122 East Washington Street<br>Napoleon, OH 43545 | The Henry County Bank<br>122 East Washington Street<br>Napoleon, OH 43545 | Note # 18172 | | 292,413.00<br><br>(0.00 secured) |
| The Henry County Bank<br>122 East Washington Street<br>Napoleon, OH 43545 | The Henry County Bank<br>122 East Washington Street<br>Napoleon, OH 43545 | Note # 16469 | | 180,200.00<br><br>(0.00 secured) |
| Tony and Kay Lanham<br>105 W. Perry St.<br>Paulding, OH 45879 | Tony and Kay Lanham<br>105 W. Perry St.<br>Paulding, OH 45879 | Land Contract re. multiple homes & trailers | Unliquidated | 120,000.00<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **Alan Ward Griffiths**
      **Cheri Lee Griffiths**
                                    Case No.
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Alan Ward Griffiths** and **Cheri Lee Griffiths**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **February 27, 2015**          Signature  **/s/ Alan Ward Griffiths**
                                                **Alan Ward Griffiths**
                                                Debtor

Date  **February 27, 2015**          Signature  **/s/ Cheri Lee Griffiths**
                                                **Cheri Lee Griffiths**
                                                Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Antwerp Exchange Bank
305 South Main Street
PO Box 727
Antwerp, OH 45813

Bank of America
PO Box 15019
Paulding, OH 45879

Capital One Bank
PO Box 6492
Carol Stream, IL 60197

Capital One Bank, USA N.A.
PO Box 6492
Carol Stream, IL 60197

Cardmember Service
PO Box 15153
Wilmington, DE 19886

Comenity - Peebles
PO Box 659465
San Antonio, TX 78265

Dorothy Kibble
755 Tom Tim Dr.
Paulding, OH 45879

Farmers & Merchants State Bank
PO Box 216
Archbold, OH 43502

Farmers and Merchants State Bank
307-11 North Defiance Street
Archbold, OH 43502

First Federal Bank
601 South Clinton St.
PO Box 248
Defiance, OH 43512

First Federal Bank
601 Clinton St.
PO Box 248
Defiance, OH 43512


Gary Foley
3416 Musser Drive
Lima, OH 45807


Gary Selhorst
350 Thomas Ave.
Ottawa, OH 45875


Kohl's Payment Center
PO Box 2983
Milwaukee, WI 53201


Macy's
PO Box 183084
Columbus, OH 43218


Menards
Capital One Commercial
PO Box 5219
Carol Stream, IL 60197


Midwest Federal Credit Union
8770 Ohio 66
Defiance, OH 43512


Paulding Auto Group
119 Williams St.
Paulding, OH 45879


Paulding County Auto Group
119 S. Williams St.
Paulding, OH 45879


Paulding County Commissioners
115 North Williams St. B-1
Paulding, OH 45879


Paulding County Economic Develp.
101 E. Perry St.
Paulding, OH 45879

Paulding Investments, LLC
634 E. Perry St.
Paulding, OH 45879


Saneholtz-McKarns, Inc.
416 West Main Street
Montpelier, OH 43543


Sherwood State Bank
105 N. Harrison Street
PO Box 4546
Sherwood, OH 43556


State Bank and Trust
401 Clinton
PO Box 467
Defiance, OH 43512


Stephen Hubbard
110 Clinton St.
Defiance, OH 43512


The Henry County Bank
122 East Washington Street
Napoleon, OH 43545


The State Bank and Trust Co.
401 Clinton Street
Defiance, OH 43512


Tony and Kay Lanham
105 W. Perry St.
Paulding, OH 45879


Valero
7201 Canyon Dr.
Amarillo, TX 79110


VISA
PO Box 30131
Tampa, FL 33630