# United States Bankruptcy Court
## Northern District of Ohio

In re  **Alan Ward Griffiths,**
      **Cheri Lee Griffiths**

                                         **Debtors**

Case No.   **15-30552**

Chapter            **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 176,000.00 | | |
| B - Personal Property | Yes | 4 | 428,804.78 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 12 | | 4,788,939.76 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 584,340.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,550.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,765.00 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 604,804.78 | | |
| Total Liabilities | | | | 5,373,280.23 | |

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Alan Ward Griffiths,**
       **Cheri Lee Griffiths,**

                                      Debtors

Case No.    **15-30552**

Chapter        **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Alan Ward Griffiths,**                                  Case No.   **15-30552**

        **Cheri Lee Griffiths**

,

Debtors

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 755 Tom Tim Drive, Paulding OH 45879 See Attached; All properties in Paulding County are titled in the name of Alan W. Griffiths Revocable Living Trust Agreement; See Attached; All properties in Defiance County are titled in the name of Alan W. Griffiths and Cheri L. Griffiths** | **Fee Simple** | J | 176,000.00 | 186,571.00 |

| | | | |
|---|---|---|---|
| Sub-Total > | 176,000.00 | (Total of this page) | |
| Total > | 176,000.00 | | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

15-30552-jpg    Doc 28    FILED 04/13/15    ENTERED 04/13/15 09:09:34    Page 3 of 53

| Parcel | Owner | Property Address | Appraised Value |
|--------|-------|------------------|-----------------|
| | PAULDING COUNTY | | |
| 17-35S-006-01 | GRIFFITHS ALAN & GRIFFITHS CHERI | 7702 SR 49 | 66800 |
| 20-07S-003-00 | GRIFFITHS ALAN W GRIFFITHS CHERI L | 755 TOM TIM DR | 2500 |
| 23-46S-030-00 | GRIFFITHS ALAN W GRIFFITHS CHERI L | 755 TOM TIM DR | 160200 |
| 23-46S-031-00 | GRIFFITHS ALAN W GRIFFITHS CHERI L | TOM TIM DR | 13300 |
| 01-03C-001-00 | GRIFFITHS ALAN W TRUSTEE | SR 111 | 3000 |
| 01-03C-002-00 | GRIFFITHS ALAN W TRUSTEE | 19906 SR 111 | 96000 |
| 01-03C-003-00 | GRIFFITHS ALAN W TRUSTEE | 19906 SR 111 | 98300 |
| 01-14C-013-00 | GRIFFITHS ALAN W TRUSTEE | 19418 RD -19420 1021 | 48100 |
| 01-14C-014-00 | GRIFFITHS ALAN W TRUSTEE | RD 1021 | 2700 |
| 03-27S-018-01 | GRIFFITHS ALAN W TRUSTEE | 2577 SR 49 | 75000 |
| 04-21S-014-02 | GRIFFITHS ALAN W TRUSTEE | 428 S MAIN ST | 60300 |
| 04-21S-055-00 | GRIFFITHS ALAN W TRUSTEE | 418 FOX AVE | 53000 |
| 04-23S-005-00 | GRIFFITHS ALAN W TRUSTEE | 415 FAIRFIELD DR | 13700 |
| 04-24S-030-00 | GRIFFITHS ALAN W TRUSTEE | 407 S LAURA ST | 24000 |
| 06-06S-005-00 | GRIFFITHS ALAN W TRUSTEE | 201 SPRUCE ST | 41800 |
| 06-06S-006-00 | GRIFFITHS ALAN W TRUSTEE | 206 N HARRISON ST | 2300 |
| 06-08S-030-00 | GRIFFITHS ALAN W TRUSTEE | 402 N VINE ST | 50400 |
| 07-02S-041-00 | GRIFFITHS ALAN W TRUSTEE | 1144 GRANT ST | 26900 |
| 10-11S-005-00 | GRIFFITHS ALAN W TRUSTEE | 205 AUGLAIZE ST | 18900 |
| 12-10S-029-00 | GRIFFITHS ALAN W TRUSTEE | 403 W RIVER ST | 25700 |
| 12-34S-019-00 | GRIFFITHS ALAN W TRUSTEE | W DAGGETT ST | 6300 |
| 12-34S-020-00 | GRIFFITHS ALAN W TRUSTEE | 409 W DAGGETT ST | 40100 |
| 12-34S-042-00 | GRIFFITHS ALAN W TRUSTEE | W WASHINGTON ST | 3800 |
| 12-34S-055-00 | GRIFFITHS ALAN W TRUSTEE | 307 W WASHINGTON ST | 35200 |
| 12-34S-077-00 | GRIFFITHS ALAN W TRUSTEE | 506 W CANAL ST | 53000 |
| 13-12S-008-00 | GRIFFITHS ALAN W TRUSTEE | 12133 RD 224 | 58000 |
| 14-05S-001-01 | GRIFFITHS ALAN W TRUSTEE | 18719 RD 85 | 85600 |
| 14-15A-005-00 | GRIFFITHS ALAN W TRUSTEE | 16814 RD 87 | 58900 |
| 16-10S-008-03 | GRIFFITHS ALAN W TRUSTEE | 17341 RD 139 | 80400 |
| 16-30A-008-00 | GRIFFITHS ALAN W TRUSTEE | RD 115 | 14000 |
| 16-30A-009-00 | GRIFFITHS ALAN W TRUSTEE | 14701 RD 115 | 54400 |
| 16-30A-010-00 | GRIFFITHS ALAN W TRUSTEE | 14723 RD 115 | 65900 |
| 19-05B-001-00 | GRIFFITHS ALAN W TRUSTEE | 622 N MAIN ST | 324500 |
| 19-09S-049-00 | GRIFFITHS ALAN W TRUSTEE | 222 E BAILEY ST | 68400 |
| 19-11S-012-00 | GRIFFITHS ALAN W TRUSTEE | 514 W MERRIN ST | 56200 |
| 23-51B-097-00 | GRIFFITHS ALAN W TRUSTEE | 13264 NANCY ST | 80300 |
| 23-51B-098-00 | GRIFFITHS ALAN W TRUSTEE | 13220 NANCY ST | 80300 |
| 27-12S-002-00 | GRIFFITHS ALAN W TRUSTEE | 825 N MAIN ST | 58900 |
| 28-25S-007-00 | GRIFFITHS ALAN W TRUSTEE | 8227 US 127 | 62400 |
| 28-30A-003-00 | GRIFFITHS ALAN W TRUSTEE | 7535 SR 613 | 66900 |
| 29-06S-029-00 | GRIFFITHS ALAN W TRUSTEE | 765 FOURTH ST | 49700 |
| 29-06S-036-00 | GRIFFITHS ALAN W TRUSTEE | 350 VAN WERT ST | 64600 |
| 29-07S-027-00 | GRIFFITHS ALAN W TRUSTEE | 910 LEWIS ST | 17800 |
| 30-02S-008-01 | GRIFFITHS ALAN W TRUSTEE | 839 W CAROLINE ST | 52800 |
| 30-04S-023-00 | GRIFFITHS ALAN W TRUSTEE | 715 N MAIN ST | 45000 |

| | | | |
|---|---|---|---|
| 30-04S-026-00 | GRIFFITHS ALAN W TRUSTEE | 621 N MAIN ST | 49700 |
| 30-05S-003-00 | GRIFFITHS ALAN W TRUSTEE | 808 W WAYNE ST | 60400 |
| 30-05S-004-00 | GRIFFITHS ALAN W TRUSTEE | 802 W WAYNE ST | 62000 |
| 30-06S-037-00 | GRIFFITHS ALAN W TRUSTEE | 119 S DIX ST | 39300 |
| 30-06S-101-00 | GRIFFITHS ALAN W TRUSTEE | 514 JACKSON ST | 70300 |
| 30-07S-004-00 | GRIFFITHS ALAN W TRUSTEE | 834 W WAYNE ST | 49400 |
| 30-07S-013-00 | GRIFFITHS ALAN W TRUSTEE | 820 W HARRISON ST | 52100 |
| 30-07S-015-00 | GRIFFITHS ALAN W TRUSTEE | 808 W HARRISON ST | 26900 |
| 30-07S-017-00 | GRIFFITHS ALAN W TRUSTEE | W HARRISON ST | 8100 |
| 30-07S-051-01 | GRIFFITHS ALAN W TRUSTEE | W CAROLINE ST | 2400 |
| 30-07S-053-00 | GRIFFITHS ALAN W TRUSTEE | 814 W JACKSON ST | 38000 |
| 30-07S-053-01 | GRIFFITHS ALAN W TRUSTEE | JACKSON ST | 2400 |
| 30-07S-057-00 | GRIFFITHS ALAN W TRUSTEE | 212 N SHERMAN ST | 37000 |
| 30-08S-024-00 | GRIFFITHS ALAN W TRUSTEE | 715 N CHERRY ST | 61100 |
| 30-10S-007-00 | GRIFFITHS ALAN W TRUSTEE | 408 W WAYNE ST | 33500 |
| 30-12S-025-00 | GRIFFITHS ALAN W TRUSTEE | 508 W CAROLINE ST | 26200 |
| 30-14S-005-00 | GRIFFITHS ALAN W TRUSTEE | 609 SUGAR ST | 19200 |
| 30-14S-006-00 | GRIFFITHS ALAN W TRUSTEE | W SUGAR ST | 4900 |
| 30-14S-007-00 | GRIFFITHS ALAN W TRUSTEE | W SUGAR ST | 4900 |
| 30-14S-008-00 | GRIFFITHS ALAN W TRUSTEE | W SUGAR ST | 4900 |
| 30-21S-027-00 | GRIFFITHS ALAN W TRUSTEE | N WILLIAMS ST | 1000 |
| 30-21S-028-00 | GRIFFITHS ALAN W TRUSTEE | 503 N WILLIAMS ST | 62200 |
| 30-21S-029-00 | GRIFFITHS ALAN W TRUSTEE | 421 N WILLIAMS ST | 88700 |
| 30-24S-049-00 | GRIFFITHS ALAN W TRUSTEE | 115 S WILLIAMS ST | 4700 |
| 30-24S-050-00 | GRIFFITHS ALAN W TRUSTEE | S WILLIAMS ST | 5600 |
| 30-24S-051-00 | GRIFFITHS ALAN W TRUSTEE | 119 S WILLIAMS ST | 69500 |
| 30-24S-070-00 | GRIFFITHS ALAN W TRUSTEE | 110 BRYANS ALLEY | 59500 |
| 30-24S-071-00 | GRIFFITHS ALAN W TRUSTEE | 117 W PERRY ST | 53300 |
| 30-24S-078-00 | GRIFFITHS ALAN W TRUSTEE | 221 S CHERRY ST | 65700 |
| 30-24S-084-00 | GRIFFITHS ALAN W TRUSTEE | 114 S CHERRY ST | 57800 |
| 30-24S-085-00 | GRIFFITHS ALAN W TRUSTEE | 108 S CHERRY ST | 72000 |
| 30-24S-086-00 | GRIFFITHS ALAN W TRUSTEE | W PERRY ST | 4100 |
| 30-24S-086-01 | GRIFFITHS ALAN W TRUSTEE | W PERRY ST | 1600 |
| 30-24S-087-00 | GRIFFITHS ALAN W TRUSTEE | 201 W PERRY ST | 46900 |
| 30-24S-088-00 | GRIFFITHS ALAN W TRUSTEE | 203 W PERRY ST | 20700 |
| 30-24S-089-00 | GRIFFITHS ALAN W TRUSTEE | 205 W PERRY ST | 8600 |
| 30-24S-090-00 | GRIFFITHS ALAN W TRUSTEE | 207 W PERRY ST | 47000 |
| 30-25S-001-00 | GRIFFITHS ALAN W TRUSTEE | 769 N WILLIAMS ST | 25300 |
| 30-25S-012-00 | GRIFFITHS ALAN W TRUSTEE | N WILLIAMS ST | 6800 |
| 30-25S-013-00 | GRIFFITHS ALAN W TRUSTEE | 807 N WILLIAMS ST | 29600 |
| 30-25S-017-00 | GRIFFITHS ALAN W TRUSTEE | MILES ST | 8600 |
| 30-25S-018-00 | GRIFFITHS ALAN W TRUSTEE | 29 MILES ST | 48300 |
| 30-29S-014-00 | GRIFFITHS ALAN W TRUSTEE | 306 E PERRY ST | 57700 |
| 30-30S-006-00 | GRIFFITHS ALAN W TRUSTEE | 703 W PERRY ST | 37300 |
| 30-33S-008-00 | GRIFFITHS ALAN W TRUSTEE | 733 EMERALD RD | 76900 |
| 30-33S-008-01 | GRIFFITHS ALAN W TRUSTEE | EMERALD RD | 11600 |
| 30-35S-001-00 | GRIFFITHS ALAN W TRUSTEE | W WAYNE ST | 200 |

| | | | |
|---|---|---|---|
| 30-35S-002-00 | GRIFFITHS ALAN W TRUSTEE | 830 W WAYNE ST | 63500 |
| 30-38S-001-00 | GRIFFITHS ALAN W TRUSTEE | 734 N MAIN ST | 46100 |
| 30-40S-011-00 | GRIFFITHS ALAN W TRUSTEE | W JACKSON ST | 3000 |
| 30-06S-099-00 | GRIFFITH ALAN W & CHERI L | 602 W. Jackson St | 62600 |
| 30-07S-044-00 | GRIFFITH AL | 721 W. Jackson St. | 25000 |

DEFIANCE COUNTY

| | | | |
|---|---|---|---|
| B012181A02100 | GRIFFITHS ALAN W & CHERI L | 1487 S JACKSON & 1489 | 102840 |
| B012181A02200 | GRIFFITHS ALAN W & CHERI L | 1481 S JACKSON & 1483 | 100690 |
| B012181A02300 | GRIFFITHS ALAN W & CHERI L | 1475 S JACKSON & 1477 | 100530 |
| B012181A02400 | GRIFFITHS ALAN W & CHERI L | 1467 S JACKSON & 1469 | 100530 |
| B012181A02500 | GRIFFITHS ALAN W & CHERI L | 1461 S JACKSON & 1463 | 100530 |
| B012181A02600 | GRIFFITHS ALAN W & CHERI L | 1455 S JACKSON & 1457 | 102020 |
| G190022A00900 | GRIFFITHS ALAN W & CHERI L | 10587 FARMER MARK | 32020 |

PUTNAM COUNTY

| | | | |
|---|---|---|---|
| 24-053180.0000 | GRIFFITHS, ALAN | 402 S FIFTH ST | 64120 |

VAN WERT COUNTY

| | | | |
|---|---|---|---|
| 14-037212.0000 | GRIFFITHS ALAN & CHERI JTS | 505 W KOCH | 19450 |
| 09-012704.0000 | GRIFFITHS ALAN W & CHERI L | 1042 DRURY | 35780 |
| 01-000068.0101 | GRIFFITHS ALAN W & CHERI L JTS | 1233 ST RT 49 | 47480 |
| 09-012728.0000 | GRIFFITHS ALAN W & CHERI L JTS | DRURY | 5400 |
| 09-012732.0000 | GRIFFITHS ALAN W & CHERI L JTS | 1065 GARFIELD | 31590 |
| 09-012800.0000 | GRIFFITHS ALAN W & CHERI L JTS | 1015 N. Holtrey, Scott | 21970 |
| 09-012864.0000 | GRIFFITHS ALAN W & CHERI L JTS | 1100 GARFIELD | 24560 |

In re  **Alan Ward Griffiths,**
    **Cheri Lee Griffiths,**

Case No.  **15-30552**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking** | J | 1,100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **household items** | J | 1,800.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **A coin collection largely conisting of silver coins, Debtor believes that the value of this collection is dependent on market at time of liqduiation** | H | 20,000.00 |
| 6.  Wearing apparel. | | **clothing** | J | 500.00 |
| 7.  Furs and jewelry. | | **Personal Jewelry ($2,500.00) and jewelry collection of largely gold items which is dependent on market value ($15,000)** | J | 17,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Pistol 357 Smith&Wesson** | J | 350.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Debtors do not have any cash value life insurance; only life insurance is term** | H | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **41,250.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

In re **Alan Ward Griffiths,**
    **Cheri Lee Griffiths,**

Case No. **15-30552**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 200 shares Antwerp Bank | J | 8,000.00 |
| | | 400 shares Sherwood Bank (Market Price 29.00) | J | 11,600.00 |
| | | Fidelity - Misc. stock | J | 400.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Unpaid rents- projected collectible balance | J | 25,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Alan W. Griffiths, Rev. Trust (Contains Real Property as set forth on Schedule A) For purposes of schedules, those values are not included in these sechdules) | H | 0.00 |

Sub-Total >    **45,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

15-30552-jpg    Doc 28    FILED 04/13/15    ENTERED 04/13/15 09:09:34    Page 8 of 53

In re    **Alan Ward Griffiths,**        Case No.    __15-30552__
            **Cheri Lee Griffiths**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | The Debtor, Al Griffiths held a 50% interest in Paulding Investments, LLC, dba Paulding Automotive Group. It was created in in June 2010; In 2013, the Debtor initiated an effort to liquidate his interests and has executed documents to effectuate the same, but at time of commencement of proceeding company and/or buyer had not fulfilled same. Debtors claim arise from those arrangments, as well as rental of buildings and equipment utilized in such business. | H | **Unknown** |
| | | The Debtors have claims against a prior bookkeeper/office manager for financial irregularities and diversion of funds. These claims are shared with affiliates, Birdstone, Inc. and Dovetail, Ltd as all rents and proceeds were maintained in the accounts of Birdstone. These claims have been reported to authorities and are being reviewed at time of filing. (A. Stoller) | J | **Unknown** |
| | | The Debors may also have a similar claim for the replacement bookkeeper/office manager (L. Gillardo) | | |
| | | Tyler Wilson Promissory Note - Jointly held with Birdstone, Inc. | H | **10,000.00** |
| | | Claims arising from advances and loans to Birdstone, Inc. and Dovetail, Ltd, balance was $274,904.78 at close of 2013; not yet finalized for 2014 | H | **274,904.78** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Buick LaCrosse** | J | **10,000.00** |

Sub-Total >     **294,904.78**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Alan Ward Griffiths,**
      **Cheri Lee Griffiths**

Case No.   **15-30552**

Debtors,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2010 Ford 150 Pickup** | **J** | **22,000.00** |
| | | **2001 Taurus** | **H** | **500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc.** | **J** | **150.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment utilized by Paulding Automotive Group; subject to buyout agreement and unpaid; also subject to lien in favor of the Paulding County Economic Development  (See Attached Exhibit)** | **H** | **25,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 47,650.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 428,804.78 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re **Alan Ward Griffiths,**
    **Cheri Lee Griffiths**

Case No. **15-30552**

                  Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 755 Tom Tim Drive, Paulding OH 45879** | **Ohio Rev. Code Ann. § 2329.66(A)(1)** | **265,800.00** | **176,000.00** |
| **See Attached;  All properties in Paulding County are titled in the name of Alan W. Griffiths Revocable Living Trust Agreement; See Attached; All properties in Defiance County are titled in the name of Alan W. Griffiths and Cheri L. Griffiths** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking** | **Ohio Rev. Code Ann. § 2329.66(A)(3)** | **900.00** | **1,100.00** |
| **Household Goods and Furnishings** | | | |
| **household items** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **1,800.00** | **1,800.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **A coin collection largely conisting of silver coins, Debtor believes that the value of this collection is dependent on market at time of liqduiation** | **Ohio Rev. Code Ann. § 2329.66(A)(18)** | **1,225.00** | **20,000.00** |
| **Furs and Jewelry** | | | |
| **Personal Jewelry ($2,500.00) and jewlery collection of largely gold items which is dependent on market value ($15,000)** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** | **0.00** | **17,500.00** |
| | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** | **2,500.00** | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Pistol 357 Smith&Wesson** | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** | **350.00** | **350.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2010 Buick LaCrosse** | **Ohio Rev. Code Ann. § 2329.66(A)(2)** | **7,350.00** | **10,000.00** |
| | Total: | **279,925.00** | **226,750.00** |

  **0**  continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Alan Ward Griffiths,**
**Cheri Lee Griffiths**

Case No. ___15-30552___

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Antwerp Exchange Bank <br> 305 South Main Street <br> PO Box 727 <br> Antwerp, OH 45813 | X | J | Location: 755 Tom Tim Drive, Paulding OH 45879 <br> See Attached;  All properties in Paulding County are titled in the name of Alan W. Griffiths Revocable Living Trust Agreement; <br> See Attached; All properties in Defiance County are titled in th | | X | | | |
| | | | Value $       **176,000.00** | | | | **186,571.00** | **10,571.00** |
| Account No. <br><br> Antwerp Exchange Bank <br> 305 South Main Street <br> PO Box 727 <br> Antwerp, OH 45813 | | J | Note # 57821; 203 West Perry St.,; 205 & 207 West Perry St. Partial Mtg. released. | | X | | | |
| | | | Value $       **76,300.00** | | | | **75,000.00** | **0.00** |
| Account No. <br><br> Antwerp Exchange Bank <br> 305 South Main Street <br> PO Box 727 <br> Antwerp, OH 45813 | | J | Note #1714; 814 W. Jackson St.,; 715 N. Cherry St.; 733 Emerald Rd.,; 428 S. Main St.,; 418 Fox Run; 222 Bailey St.,; 1042 Drury St.; 1065 Garfield | | X | | | |
| | | | Value $       **436,570.00** | | | | **268,162.31** | **0.00** |
| Account No. <br><br> Antwerp Exchange Bank <br> 305 South Main Street <br> PO Box 727 <br> Antwerp, OH 45813 | | J | Note # 1921 807 N. Williams St.,  &  409 Vine St.,; (Titled in Alan W. Griffiths Rev. Trust) | | X | | | |
| | | | Value $       **80,000.00** | | | | **66,942.89** | **0.00** |

___6___  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **596,676.20** | **10,571.00** |

In re   **Alan Ward Griffiths,**
      **Cheri Lee Griffiths**

Case No.   **15-30552**

_____,
               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Note # 1885; 715 N. Main St. | | | | | |
| **Antwerp Exchange Bank 305 South Main Street PO Box 727 Antwerp, OH 45813** | | J | | | | | | |
| | | | Value $     **45,000.00** | | | | **39,401.25** | **0.00** |
| Account No. | | | Loan # 2113; 7702 SR 49 | | | | | |
| **Antwerp Exchange Bank 305 South Main Street PO Box 727 Antwerp, OH 45813** | | J | | | X | | | |
| | | | Value $     **66,000.00** | | | | **54,849.23** | **0.00** |
| Account No. | | | 703 Perry St. | | | | | |
| **CITIZENS NATIONAL BANK P.O. BOX 88 Bluffton, OH 45817** | X | J | | | X | | | |
| | | | Value $     **37,300.00** | | | | **0.00** | **0.00** |
| Account No. | | | Note # 10069400; 421 N. Wiliams St.,; 503 N. Wiliams St., | | | | | |
| **Farmers & Merchants State Bank PO Box 216 Archbold, OH 43502** | | J | | | X | | | |
| | | | Value $    **150,900.00** | | | | **114,099.00** | **0.00** |
| Account No. | | | Note # 100199291 | | | | | |
| **Farmers and Merchants State Bank 307-11 North Defiance Street Archbold, OH 43502** | | J | | | X | | | |
| | | | Value $        **0.00** | | | | **117,075.00** | **117,075.00** |

Sheet **1** of **6** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

    **325,424.48**     **117,075.00**

In re **Alan Ward Griffiths,**
  **Cheri Lee Griffiths**

Case No. ___15-30552___

_____,
                                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Note # 100201365; 820 Harrison; 834 Wayne; 18719 Rd 85; 16814 Rd. 87; 765 Fourth St.,; 769 Williams; 221 Cherry St. | | | | | |
| **Farmers and Merchants State Bank** **307-11 North Defiance Street** **Archbold, OH 43502** | | J | | | X | | | |
| | | | Value $        386,700.00 | | | | 335,452.00 | 0.00 |
| Account No. | | | Note # 14475/8314; 808 Harrison St.,; 8227 St. Rt. 127; 407 S. Laura St.; 734 Main St; 17341 Rd. 139; 825 Main St.; 505 Koch St; 1015 Holtrey St. | | | | | |
| **First Federal Bank** **601 South Clinton St.** **PO Box 248** **Defiance, OH 43512** | X | J | | | X | | | |
| | | | Value $        340,120.00 | | | | 277,442.00 | 0.00 |
| Account No. | | | Note # 86855/8314; 114 S. Cherry St; 621 N. Main St.; 830 W. Wayne; 1144 Grant; 508 W. Caroline; 1100 Garfield; 910 Lewis | | | | | |
| **First Federal Bank** **601 Clinton St.** **PO Box 248** **Defiance, OH 43512** | | J | | | X | | | |
| | | | Value $        266,460.00 | | | | 199,323.00 | 0.00 |
| Account No. | | | 13500 Kay St.; 13884 Rita St.; 13946 Rita St.; Land Contract on all 3 properties | | | | | |
| **Gary Foley** **3416 Musser Drive** **Lima, OH 45807** | | J | | | X | | | |
| | | | Value $        206,300.00 | | | | 139,000.00 | 0.00 |
| Account No. | | | 2010 Ford 150 Pickup | | | | | |
| **Midwest Federal Credit Union** **8770 Ohio 66** **Defiance, OH 43512** | | J | | | X | | | |
| | | | Value $         22,000.00 | | | | 20,000.00 | 0.00 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          971,217.00          0.00

In re **Alan Ward Griffiths,**              Case No. ___**15-30552**___
      **Cheri Lee Griffiths**

_____,
                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Paulding County Auto Group** <br> **119 S. Williams St.** <br> **Paulding, OH 45879** | | J | | | X | X | | |
| | | | Value $      0.00 | | | | 230,000.00 | 230,000.00 |
| Account No. <br><br> **Paulding County Economic Develp.** <br> **101 E. Perry St.** <br> **Paulding, OH 45879** | | J | **Equipment utilized by Paulding Automotive Group; subject to buyout agreement and unpaid; also subject to lien in favor of the Paulding County Economic Development (See Attached Exhibit)** | | X | | | |
| | | | Value $      25,000.00 | | | | 112,743.00 | 87,743.00 |
| Account No. <br><br> **Sherwood State Bank** <br> **105 N. Harrison Street** <br> **PO Box 4546** <br> **Sherwood, OH 43556** | X | J | **Note # 1124664; 514 Merrin St., 1195 Dix St., 306 E. Perry, 602 Jackson; 408 W. Wayne, 802 W. Wayne** | | X | | | |
| | | | Value $      247,900.00 | | | | 218,073.00 | 0.00 |
| Account No. <br><br> **Sherwood State Bank** <br> **105 N. Harrison Street** <br> **PO Box 4546** <br> **Sherwood, OH 43556** | | J | **Note # 1124438; 808 Wayne; Dix Addition; Lot 13 Jackson** | | | | | |
| | | | Value $      0.00 | | | | 111,097.00 | 111,097.00 |
| Account No. <br><br> **Sherwood State Bank** <br> **105 N. Harrison Street** <br> **PO Box 4546** <br> **Sherwood, OH 43556** | | J | **Note # 421016355** | | | | | |
| | | | Value $      0.00 | | | | 0.00 | 0.00 |

Sheet  **3**  of  **6**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                              Subtotal       671,913.00       428,840.00
                          (Total of this page)

In re **Alan Ward Griffiths,**
     **Cheri Lee Griffiths**

Case No.   **15-30552**

_____,
                   Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Note #54279; 29 Miles St., Miles St. | | | | | |
| **State Bank and Trust** **401 Clinton** **PO Box 467** **Defiance, OH 43512** | | | | J | | | | | | |
| | | | | | Value $     **56,300.00** | | | | **49,559.00** | **0.00** |
| Account No. | | | | | Note # 57821 | | | | | |
| **State Bank and Trust** **401 Clinton** **PO Box 467** **Defiance, OH 43512** | | | | J | | | | | | |
| | | | | | Value $     **0.00** | | | | **64,278.00** | **64,278.00** |
| Account No. | | | | | Note #64087; 839 W. Carolina St., | | | | | |
| **State Bank and Trust** **401 Clinton** **PO Box 467** **Defiance, OH 43512** | | | | J | | | | X | | |
| | | | | | Value $     **52,800.00** | | | | **42,191.00** | **0.00** |
| Account No. | | | | | Note # 67640; Alan W. Griffiths Rev Trust, 205 Perry St., (released) | | | | | |
| **State Bank and Trust** **401 Clinton** **PO Box 467** **Defiance, OH 43512** | | | | J | | | | X | | |
| | | | | | Value $     **8,600.00** | | | | **235,380.00** | **226,780.00** |
| Account No. | | | | | Note # 19140; 1445, 1457, 1461, 1463, 1467, 1469, 1475, 1477, 1483, 1487, 1489, S. Jackson St. | | | | | |
| **The Henry County Bank** **122 East Washington Street** **Napoleon, OH 43545** | | | | J | | | | X | | |
| | | | | | Value $     **607,140.00** | | | | **461,144.00** | **0.00** |

Sheet  **4**  of  **6**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **852,552.00** | **291,058.00** |

In re   **Alan Ward Griffiths,**                            Case No.   __**15-30552**__
           **Cheri Lee Griffiths**

                                               ,
                                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Henry County Bank**<br>**122 East Washington Street**<br>**Napoleon, OH 43545** | | J | **Note # 20548; 514 W. Merrin St.; 205 Auglaize St.; 609 Sugar St.,; 201 Spurce St.,; 350 Van Wert; 14701 Road 115**<br><br>Value $       **255,400.00** | | X | | 393,209.00 | 137,809.00 |
| Account No.<br><br>**The Henry County Bank**<br>**122 East Washington Street**<br>**Napoleon, OH 43545** | | J | **Note # 18172; 622 N. Main St. Units A,B, & C**<br><br>Value $       **324,500.00** | | | | 292,413.00 | 0.00 |
| Account No.<br><br>**The Henry County Bank**<br>**122 East Washington Street**<br>**Napoleon, OH 43545** | | J | **Note # 16469; 19906 SR 111 Multi Unit; 19417-19419 Road 1021; Duplex**<br><br>Value $       **245,100.00** | | | | 180,200.00 | 0.00 |
| Account No.<br><br>**The Henry County Bank**<br>**122 East Washington Street**<br>**Napoleon, OH 43545** | | J | **Note # 19733; 721 Jackson St., 10587 Farmer Mark Rd.,; 14723 Rd. 115; 409 Daggett,; 12133 Road 224; 403 W. River; 2577 SR 49; 402 S. Fifth; 7535 SR 613,; 1233 SR 49**<br><br>Value $       **506,420.00** | | X | | 383,190.08 | 0.00 |
| Account No.<br><br>**The State Bank and Trust Co.**<br>**401 Clinton Street**<br>**Defiance, OH 43512** | | J | **Note #53765 Line of Credit**<br><br>Value $       **0.00** | | | | 2,145.00 | 2,145.00 |

Sheet  __5__  of  __6__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                          Subtotal                | 1,251,157.08 | 139,954.00
                                 (Total of this page)

In re **Alan Ward Griffiths,**
      **Cheri Lee Griffiths**

Case No. __15-30552__

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Tony and Kay Lanham**<br>**105 W. Perry St.**<br>**Paulding, OH 45879** | | J | | **Land Contract re. multiple homes & trailers; 319 Emerald St.; 403 Emerald St.; 407 Emerald St.; 411 Emerald St.; 419 Emerald St.; 310 Cherry St.; 107 Main St.; Cecil Post Office** | | X | | | |
| | | | | Value $                    **122,200.00** | | | | **120,000.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **120,000.00** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **4,788,939.76** | **987,498.00** |

ALAN CHERI GRIFFITH PROPERTIES AND MORTGAGES

| Parcel | Owner | Property Address | Land Use | Acres | Mortgage Date | Release Date | Bank | Mortgage Date | Release Date | Bank |
|---|---|---|---|---|---|---|---|---|---|---|
| **PAULDING COUNTY** | | | | | | | | | | |
| 17-35S-006-01 | GRIFFITHS ALAN & GRIFFITHS CHERI | 7702 SR 49 | 511 | 1.5 | 3/17/2014 | OPEN | Antwerp Ex | | | |
| 20-07S-003-00 | GRIFFITHS ALAN W GRIFFITHS CHERI L | 755 TOM TIM DR | 501 | 0.55 | | | Antwerp Ex | | | |
| 23-46S-030-00 | GRIFFITHS ALAN W GRIFFITHS CHERI L | 755 TOM TIM DR | 510 | 0.212 | | | Antwerp Ex | | | |
| 23-46S-031-00 | GRIFFITHS ALAN W GRIFFITHS CHERI L | TOM TIM DR | 500 | 0.229 | | | Antwerp Ex | | | |
| 01-03C-001-00 | GRIFFITHS ALAN W TRUSTEE | SR 111 | 401 | 0.154 | | | | | | |
| 01-03C-002-00 | GRIFFITHS ALAN W TRUSTEE | 19906 SR 111 | 401 | 0.296 | | | Henry Co Bank | | | |
| 01-03C-003-00 | GRIFFITHS ALAN W TRUSTEE | 19906 SR 111 | 401 | 0.284 | | | Henry Co Bank | | | |
| 01-14C-013-00 | GRIFFITHS ALAN W TRUSTEE | 19418 RD -19420 1021 | 520 | 0.115 | | | Henry Co Bank | | | |
| 01-14C-014-00 | GRIFFITHS ALAN W TRUSTEE | RD 1021 | 520 | 0.138 | | | Henry Co Bank | | | |
| 03-27S-018-01 | GRIFFITHS ALAN W TRUSTEE | 2577 SR 49 | 511 | 1.587 | | | Antwerp Ex | | | |
| 04-21S-014-02 | GRIFFITHS ALAN W TRUSTEE | 428 S MAIN ST | 510 | 0.83 | | | | | | |
| 04-21S-055-00 | GRIFFITHS ALAN W TRUSTEE | 418 FOX AVE | 510 | 0.561 | | | Antwerp | | | |
| 04-23S-005-00 | GRIFFITHS ALAN W TRUSTEE | 415 FAIRFIELD DR | 560 | 0.109 | | | | | | |
| 04-24S-030-00 | GRIFFITHS ALAN W TRUSTEE | 407 S LAURA ST | 510 | 0.172 | | | FFBMW | | | |
| 06-06S-005-00 | GRIFFITHS ALAN W TRUSTEE | 201 SPRUCE ST | 510 | 0.165 | 7/3/2012 | | Henry Co Bank | 7/12/2011 | 7/9/2012 | Antwerp Ex |
| 06-06S-006-00 | GRIFFITHS ALAN W TRUSTEE | 206 N HARRISON ST | 500 | 0.165 | 7/3/2012 | | Henry Co Bank | | | |
| 06-08S-030-00 | GRIFFITHS ALAN W TRUSTEE | 402 N VINE ST | 510 | 0.165 | 1/5/2012 | | Antwerp Ex | | | |
| 07-02S-041-00 | GRIFFITHS ALAN W TRUSTEE | 1144 GRANT ST | 510 | 0.2 | . | | | | | |
| 10-11S-005-00 | GRIFFITHS ALAN W TRUSTEE | 205 AUGLAIZE ST | 510 | 0.201 | 7/3/2012 | | Henry Co Bank | | | |
| 12-10S-029-00 | GRIFFITHS ALAN W TRUSTEE | 403 W RIVER ST | 510 | 0.091 | | | | | | |
| 12-34S-019-00 | GRIFFITHS ALAN W TRUSTEE | W DAGGETT ST | 500 | 0.086 | | | | | | |
| 12-34S-020-00 | GRIFFITHS ALAN W TRUSTEE | 409 W DAGGETT ST | 510 | 0.086 | | | Henry Co Bank | | | |
| 12-34S-042-00 | GRIFFITHS ALAN W TRUSTEE | W WASHINGTON ST | 500 | 0.079 | | | | | | |
| 12-34S-055-00 | GRIFFITHS ALAN W TRUSTEE | 307 W WASHINGTON ST | 510 | 0.2 | | | | | | |
| 12-34S-077-00 | GRIFFITHS ALAN W TRUSTEE | 506 W CANAL ST | 510 | 0.2 | | | | | | |
| 13-12S-008-00 | GRIFFITHS ALAN W TRUSTEE | 12133 RD 224 | 511 | 1.183 | 3/3/2011 | 11/28/2011 | Antwerp Ex | | | Henry Co Bank |
| 14-05S-001-01 | GRIFFITHS ALAN W TRUSTEE | 18719 RD 85 | 511 | 9.431 | | | FFBMW | | | |

| Parcel | Owner | Property Address | Land Use | Acres | Mortgage Date | Release Date | Bank | Mortgage Date | Release Date | Bank |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-15A-005-00 | GRIFFITHS ALAN W TRUSTEE | 16814 RD 87 | 511 | 0.539 | | | FFBMW | | | |
| 16-10S-008-03 | GRIFFITHS ALAN W TRUSTEE | 17341 RD 139 | 511 | 5.137 | | | FFBMW | | | |
| 16-30A-008-00 | GRIFFITHS ALAN W TRUSTEE | RD 115 | 599 | 0.39 | 7/3/2012 | | Henry Co. | | | |
| 16-30A-009-00 | GRIFFITHS ALAN W TRUSTEE | 14701 RD 115 | 510 | 0.39 | 7/3/2012 | | Henry Co. | | | |
| 16-30A-010-00 | GRIFFITHS ALAN W TRUSTEE | 14723 RD 115 | 510 | 0.39 | 3/3/2011 | 11/28/2011 | Antwerp Ex | | | |
| 19-05B-001-00 | GRIFFITHS ALAN W TRUSTEE | 622 N MAIN ST | 401 | 0 | | | Henry Co Bank | | | |
| 19-09S-049-00 | GRIFFITHS ALAN W TRUSTEE | 222 E BAILEY ST | 510 | 0.148 | | | Antwerp Ex. | | | |
| 19-11S-012-00 | GRIFFITHS ALAN W TRUSTEE | 514 W MERRIN ST | 510 | 0.533 | 7/3/2012 | OPEN | Henry Co. | | | Sherwood State Bank |
| 23-51B-097-00 | GRIFFITHS ALAN W TRUSTEE | 13264 NANCY ST | 530 | 0.258 | 7/3/2012 | OPEN | Henry Co. | | | |
| 23-51B-098-00 | GRIFFITHS ALAN W TRUSTEE | 13220 NANCY ST | 530 | 0.258 | 7/3/2012 | OPEN | Henry Co. | | | |
| 27-12S-002-00 | GRIFFITHS ALAN W TRUSTEE | 825 N MAIN ST | 520 | 0.288 | | | FFBMW | | | |
| 28-25S-007-00 | GRIFFITHS ALAN W TRUSTEE | 8227 US 127 | 511 | 0.96 | | | FFBMW | | | Sherwood State Bank |
| 28-30A-003-00 | GRIFFITHS ALAN W TRUSTEE | 7535 SR 613 | 510 | 0.574 | | | Henry Co | | | |
| 29-06S-029-00 | GRIFFITHS ALAN W TRUSTEE | 765 FOURTH ST | 510 | 0.2 | | | FFBMW | | | |
| 29-06S-036-00 | GRIFFITHS ALAN W TRUSTEE | 350 VAN WERT ST | 510 | 0.2 | 7/3/2012 | OPEN | Henry Co | 7/12/2011 | 7/9/2012 | Antwerp Ex |
| 29-07S-027-00 | GRIFFITHS ALAN W TRUSTEE | 910 LEWIS ST | 510 | 0.2 | | | FFBMW | | | |
| 30-02S-008-01 | GRIFFITHS ALAN W TRUSTEE | 839 W CAROLINE ST | 510 | 0.103 | 12/15/2010 | | State Bank | | | |
| 30-04S-023-00 | GRIFFITHS ALAN W TRUSTEE | 715 N MAIN ST | 510 | 0.152 | 7/5/2011 | OPEN | Antwerp Ex | | | |
| 30-04S-026-00 | GRIFFITHS ALAN W TRUSTEE | 621 N MAIN ST | 530 | 0.152 | | | Antwerp Ex | | | FFBMW |
| 30-05S-003-00 | GRIFFITHS ALAN W TRUSTEE | 808 W WAYNE ST | 520 | 0.242 | | | Sherwood | | | |
| 30-05S-004-00 | GRIFFITHS ALAN W TRUSTEE | 802 W WAYNE ST | 520 | 0.242 | | | | | | |
| 30-06S-037-00 | GRIFFITHS ALAN W TRUSTEE | 119 S DIX ST | 510 | 0.202 | | | | | | |
| 30-06S-101-00 | GRIFFITHS ALAN W TRUSTEE | 514 JACKSON ST | 520 | 0.202 | | | | | | |
| 30-07S-004-00 | GRIFFITHS ALAN W TRUSTEE | 834 W WAYNE ST | 510 | 0.202 | | | | | | |
| 30-07S-013-00 | GRIFFITHS ALAN W TRUSTEE | 820 W HARRISON ST | 510 | 0.225 | | | | | | |
| 30-07S-015-00 | GRIFFITHS ALAN W TRUSTEE | 808 W HARRISON ST | 510 | 0.1 | | | | | | |
| 30-07S-017-00 | GRIFFITHS ALAN W TRUSTEE | W HARRISON ST | 599 | 0.112 | | | | | | |
| 30-07S-051-01 | GRIFFITHS ALAN W TRUSTEE | W CAROLINE ST | 500 | 0.12 | | | | | | |

ALAN CHERI GRIFFITH PROPERTIES AND MORTGAGES

| Parcel | Owner | Property Address | Land Use | Acres | Mortgage Date | Release Date | Bank | Mortgage Date | Release Date | Bank |
|---|---|---|---|---|---|---|---|---|---|---|
| 30-07S-053-00 | GRIFFITHS ALAN W TRUSTEE | 814 W JACKSON ST | 510 | 0.224 | | | | | | |
| 30-07S-053-01 | GRIFFITHS ALAN W TRUSTEE | JACKSON ST | 500 | 0.12 | | | | | | |
| 30-07S-057-00 | GRIFFITHS ALAN W TRUSTEE | 212 N SHERMAN ST | 510 | 0.254 | 11/8/2011 | | Citizens | | | |
| 30-08S-024-00 | GRIFFITHS ALAN W TRUSTEE | 715 N CHERRY ST | 510 | 0.2 | | | | | | |
| 30-10S-007-00 | GRIFFITHS ALAN W TRUSTEE | 408 W WAYNE ST | 510 | 0.218 | | | | | | |
| 30-12S-025-00 | GRIFFITHS ALAN W TRUSTEE | 508 W CAROLINE ST | 510 | 0.2 | | | | | | |
| 30-14S-005-00 | GRIFFITHS ALAN W TRUSTEE | 609 SUGAR ST | 510 | 0.14 | 7/3/2012 | OPEN | Henry Co | 7/12/2011 | 7/9/2012 | Antwerp Ex |
| 30-14S-006-00 | GRIFFITHS ALAN W TRUSTEE | W SUGAR ST | 500 | 0.141 | 7/3/2012 | OPEN | Henry Co | 7/12/2011 | 7/9/2012 | Antwerp Ex |
| 30-14S-007-00 | GRIFFITHS ALAN W TRUSTEE | W SUGAR ST | 500 | 0.141 | 7/3/2012 | OPEN | Henry Co | 7/12/2011 | 7/9/2012 | Antwerp Ex |
| 30-14S-008-00 | GRIFFITHS ALAN W TRUSTEE | W SUGAR ST | 500 | 0.141 | 7/3/2012 | OPEN | Henry Co | 7/12/2011 | 7/9/2012 | Antwerp Ex |
| 30-21S-027-00 | GRIFFITHS ALAN W TRUSTEE | N WILLIAMS ST | 400 | 0.012 | | | | | | |
| 30-21S-028-00 | GRIFFITHS ALAN W TRUSTEE | 503 N WILLIAMS ST | 401 | 0.2 | | | | | | |
| 30-21S-029-00 | GRIFFITHS ALAN W TRUSTEE | 421 N WILLIAMS ST | 401 | 0.2 | | | | | | |
| 30-24S-049-00 | GRIFFITHS ALAN W TRUSTEE | 115 S WILLIAMS ST | 400 | 0.067 | 4/20/2011 | | PCBCOMM | 4/18/2011 | | State Bank |
| 30-24S-050-00 | GRIFFITHS ALAN W TRUSTEE | S WILLIAMS ST | 400 | 0.067 | 4/20/2011 | | PCBCOMM | 4/18/2011 | | State Bank |
| 30-24S-051-00 | GRIFFITHS ALAN W TRUSTEE | 119 S WILLIAMS ST | 454 | 0.2 | 4/20/2011 | | PCBCOMM | 4/18/2011 | | State Bank |
| 30-24S-070-00 | GRIFFITHS ALAN W TRUSTEE | 110 BRYANS ALLEY | 430 | 0.094 | 12/6/2011 | | PCBCOMM | 3/30/2011 | 6/17/2013 | Sherwood |
| 30-24S-071-00 | GRIFFITHS ALAN W TRUSTEE | 117 W PERRY ST | 430 | 0.108 | 12/6/2011 | | PCBCOMM | 3/30/2011 | 6/17/2013 | Sherwood |
| 30-24S-078-00 | GRIFFITHS ALAN W TRUSTEE | 221 S CHERRY ST | 510 | 0.279 | | | | | | |
| 30-24S-084-00 | GRIFFITHS ALAN W TRUSTEE | 114 S CHERRY ST | 510 | 0.2 | | | | | | |
| 30-24S-085-00 | GRIFFITHS ALAN W TRUSTEE | 108 S CHERRY ST | 530 | 0.133 | 1/5/2009 | | SSB | | | |
| 30-24S-086-00 | GRIFFITHS ALAN W TRUSTEE | W PERRY ST | 400 | 0.048 | 1/5/2009 | 11/16/2012 | SSB | | | |
| 30-24S-086-01 | GRIFFITHS ALAN W TRUSTEE | W PERRY ST | 500 | 0.018 | 1/5/2009 | | SSB | | | |
| 30-24S-087-00 | GRIFFITHS ALAN W TRUSTEE | 201 W PERRY ST | 406 | 0.048 | 11/8/2011 | | Citizens | | | |
| 30-24S-088-00 | GRIFFITHS ALAN W TRUSTEE | 203 W PERRY ST | 401 | 0.084 | 1/5/2009 | | SSB | | | |
| 30-24S-089-00 | GRIFFITHS ALAN W TRUSTEE | 205 W PERRY ST | 401 | 0.068 | 1/5/2009 | 11/16/2012 | SSB | | | |
| 30-24S-090-00 | GRIFFITHS ALAN W TRUSTEE | 207 W PERRY ST | 510 | 0.036 | 1/5/2009 | 11/16/2012 | SSB | | | |
| 30-25S-001-00 | GRIFFITHS ALAN W TRUSTEE | 769 N WILLIAMS ST | 510 | 0.145 | | | | | | |

| Parcel | Owner | Property Address | Land Use | Acres | Mortgage Date | Release Date | Bank | Mortgage Date | Release Date | Bank |
|---|---|---|---|---|---|---|---|---|---|---|
| 30-25S-012-00 | GRIFFITHS ALAN W TRUSTEE | N WILLIAMS ST | 510 | 0.109 | 1/5/2012 | | Antwerp Ex | | | |
| 30-25S-013-00 | GRIFFITHS ALAN W TRUSTEE | 807 N WILLIAMS ST | 510 | 0.121 | 1/5/2012 | | Antwerp Ex | | | |
| 30-25S-017-00 | GRIFFITHS ALAN W TRUSTEE | MILES ST | 500 | 0.172 | | | | | | |
| 30-25S-018-00 | GRIFFITHS ALAN W TRUSTEE | 29 MILES ST | 510 | 0.172 | | | | | | |
| 30-29S-014-00 | GRIFFITHS ALAN W TRUSTEE | 306 E PERRY ST | 510 | 0.17 | | | | | | |
| 30-30S-006-00 | GRIFFITHS ALAN W TRUSTEE | 703 W PERRY ST | 530 | 0.2 | 11/8/2011 | | Citizens | | | |
| 30-33S-008-00 | GRIFFITHS ALAN W TRUSTEE | 733 EMERALD RD | 510 | 0.627 | | | | | | |
| 30-33S-008-01 | GRIFFITHS ALAN W TRUSTEE | EMERALD RD | 500 | 0.265 | | | | | | |
| 30-35S-001-00 | GRIFFITHS ALAN W TRUSTEE | W WAYNE ST | 500 | 0.004 | | | | | | |
| 30-35S-002-00 | GRIFFITHS ALAN W TRUSTEE | 830 W WAYNE ST | 510 | 0.246 | | | | | | |
| 30-38S-001-00 | GRIFFITHS ALAN W TRUSTEE | 734 N MAIN ST | 510 | 0.182 | | | | | | |
| 30-40S-011-00 | GRIFFITHS ALAN W TRUSTEE | W JACKSON ST | 500 | 0.076 | | | | | | |
| 30-06S-099-00 | GRIFFITH ALAN W & CHERI L | 602 W. Jackson St | 510 | 0.202 | | | | | | |
| **DEFIANCE COUNTY** | | | | | | | | | | |
| B012181A02100 | GRIFFITHS ALAN W & CHERI L | 1487 S JACKSON & 1489 | 520 | 0 | | | | | | |
| B012181A02200 | GRIFFITHS ALAN W & CHERI L | 1481 S JACKSON & 1483 | 520 | 0 | 6/3/2011 | | Henry Co | | | |
| B012181A02300 | GRIFFITHS ALAN W & CHERI L | 1475 S JACKSON & 1477 | 520 | 0 | 6/3/2011 | | Henry Co | | | |
| B012181A02400 | GRIFFITHS ALAN W & CHERI L | 1467 S JACKSON & 1469 | 520 | 0 | 6/3/2011 | | Henry Co | | | |
| B012181A02500 | GRIFFITHS ALAN W & CHERI L | 1461 S JACKSON & 1463 | 520 | 0 | 6/3/2011 | | Henry Co | | | |
| B012181A02600 | GRIFFITHS ALAN W & CHERI L | 1455 S JACKSON & 1457 | 520 | 0 | 6/3/2011 | | Henry Co | | | |
| G190022A00900 | GRIFFITHS ALAN W & CHERI L | 10587 FARMER MARK | 510 | 0 | 11/23/2010 | | Henry Co | 12/28/2010 | 1/3/2012 | Antwerp Ex |

**PUTNAM COUNTY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24-053180.0000 | GRIFFITHS, ALAN | 402 S FIFTH ST | 510 | 0 | 11/23/2011 | | Henry Co. | 12/28/2010 | 1/3/2012 | AEB |

**VAN WERT COUNTY**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-037212.0000 | GRIFFITHS ALAN & CHERI JTS | 505 W KOCH | 510 | 0 | 8/26/2009 | | FFBMW | | | |
| 09-012704.0000 | GRIFFITHS ALAN W & CHERI L | 1042 DRURY | 510 | 0 | 3/2/2009 | | AEB | | | |
| 01-000068.0101 | GRIFFITHS ALAN W & CHERI L JTS | 1233 ST RT 49 | 510 | 1 | 11/23/2011 | | Henry Co | | | |

ALAN CHERI GRIFFITH PROPERTIES AND MORTGAGES

| Parcel | Owner | Property Address | Land Use | Acres | Mortgage Date | Release Date | Bank | Mortgage Date | Release Date | Bank |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-012728.0000 | GRIFFITHS ALAN W & CHERI L JTS | DRURY | 500 | 0 | 3/2/2009 | | AEB | | | |
| 09-012732.0000 | GRIFFITHS ALAN W & CHERI L JTS | 1065 GARFIELD | 510 | 0 | 3/2/2009 | | AEB | | | |
| 09-012800.0000 | GRIFFITHS ALAN W & CHERI L JTS | 1015 N. Holtrey, Scott | 510 | 0 | | | | | | |
| 09-012864.0000 | GRIFFITHS ALAN W & CHERI L JTS | 1100 GARFIELD | 510 | 0 | | | | | | |

15-30552-jpg    Doc 28    FILED 04/13/15    ENTERED 04/13/15 09:09:34    Page 23 of 53

.

In re   **Alan Ward Griffiths,**                            Case No.   **15-30552**
         **Cheri Lee Griffiths**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___1___   continuation sheets attached

In re  **Alan Ward Griffiths,**
       **Cheri Lee Griffiths**

_____,
Debtors

Case No. ____15-30552_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Paulding County Treasurer** **115 N Williams St** **Paulding, OH 45879** | | J | **2014** **Taxes for real estate** | | | | **Unknown** | **Unknown** **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **0.00** | **0.00** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **0.00** | **0.00** |

In re **Alan Ward Griffiths,**
    **Cheri Lee Griffiths**

Case No. \_\_\_\_**15-30552**\_\_\_\_

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AEP Ohio** <br> **PO Box 24405** <br> **Canton, OH 44701** | | J | **2014** <br> **Claim for utilities to rentals** | X | X | | **Unknown** |
| Account No. <br><br> **Bank of America** <br> **PO Box 15019** <br> **Paulding, OH 45879** | | J | credit card | | X | | **6,389.43** |
| Account No. **4506** <br><br> **Capital One Bank** <br> **PO Box 6492** <br> **Carol Stream, IL 60197** | | H | credit card | | | | **17,989.53** |
| Account No. <br><br> **Capital One Bank, USA N.A.** <br> **PO Box 6492** <br> **Carol Stream, IL 60197** | | J | credit card | | X | | **18,465.49** |

| | | |
|---|---|---|
| \_\_**3**\_\_ continuation sheets attached | Subtotal <br> (Total of this page) | **42,844.45** |

In re **Alan Ward Griffiths,**     Case No. **15-30552**
    **Cheri Lee Griffiths**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5798** | | | | credit card | | | | |
| Cardmember Service PO Box 15153 Wilmington, DE 19886 | H | | | | | X | | 14,249.03 |
| Account No. **4579** | | | | credit card | | | | |
| Cardmember Service PO Box 15153 Wilmington, DE 19886 | J | | | | | X | | 15,066.52 |
| Account No. **0247** | | | | credit card | | | | |
| Comenity - Peebles PO Box 659465 San Antonio, TX 78265 | W | | | | | X | | 48.04 |
| Account No. | | | | personal loan | | | | |
| Dorothy Kibble 755 Tom Tim Dr. Paulding, OH 45879 | J | | | | | X | | 65,000.00 |
| Account No. | | | | Purchase of Stock on 12/31/2009 | | | | |
| Gary Selhorst 350 Thomas Ave. Ottawa, OH 45875 | J | | | | | X | | 99,671.06 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **194,034.65**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Alan Ward Griffiths,**
      **Cheri Lee Griffiths**

Case No.    **15-30552**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kohl's Payment Center**<br>**PO Box 2983**<br>**Milwaukee, WI 53201** | | W | credit card | | X | | 1,050.50 |
| Account No. **733-2**<br><br>**Macy's**<br>**PO Box 183084**<br>**Columbus, OH 43218** | | W | credit card | | X | | 17.12 |
| Account No. **0966**<br><br>**Menards**<br>**Capital One Commercial**<br>**PO Box 5219**<br>**Carol Stream, IL 60197** | | J | credit card for use in Al Griffiths Construction; possible personal guarantor | | X | | 3,737.00 |
| Account No.<br><br>**Paulding County Commissioners**<br>**115 North Williams St. B-1**<br>**Paulding, OH 45879** | | J | Revolving Loan - Three Bros. | | X | | 92,475.00 |
| Account No.<br><br>**Paulding Putnam Electric Co.**<br>**910 N. Williams Street**<br>**Paulding, OH 45879** | | J | 2014<br>Services to rental properties | X | X | | Unknown |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**97,279.62**

In re **Alan Ward Griffiths,**
     **Cheri Lee Griffiths**

Case No. **15-30552**

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Line of credit for gas supply | | | | |
| Saneholtz-McKarns, Inc. 416 West Main Street Montpelier, OH 43543 | | J | | | | | X | | 250,000.00 |
| Account No. | | | | | 2014 Claims for utility service to rentals | | | | |
| Toledo Edison PO Box 3687 Akron, OH 44309 | | J | | | | X | X | | Unknown |
| Account No. | | | | | Claim for credit cards service | | | | |
| Valero 7201 Canyon Dr. Amarillo, TX 79110 | | J | | | | X | X | | Unknown |
| Account No. | | | | | 2014-2015 Claim for utility service to rentals | | | | |
| Village of Paulding Water Department 116 S. Main Street Paulding, OH 45879 | | J | | | | X | X | | Unknown |
| Account No. 3193 | | | | | Credit card used in the business of Birdstone, Inc.; possible guarantor | | | | |
| VISA PO Box 30131 Tampa, FL 33630 | | J | | | | | X | | 181.75 |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**250,181.75**

Total
(Report on Summary of Schedules)

**584,340.47**

In re    **Alan Ward Griffiths,**
        **Cheri Lee Griffiths**

Case No.     **15-30552**

Debtors,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Angie Maldonado**<br>**834 W. Wayne St.**<br>**Ohio City, OH 45874** | **Rent To Own Contract - 834 W. Wayne St. -**<br>**$49,400.00** |
| **Anthony and Niki Alba**<br>**1100 Garfield**<br>**Scott, OH 45886** | **Rent to Own Contract - 1100 Garfield, Scott, Ohio**<br>**- $24,560.00** |
| **Anthony and Rhonda Berrios**<br>**830 W. Wayne St.**<br>**Paulding, OH 45879** | **Rent To Own Contact - 830 W. Wayne St., -**<br>**$63,500.00** |
| **Archie & Rebecca Short**<br>**7535 SR 613**<br>**Paulding, OH 45879** | **Rent To Own Contract - 7535 SR 613, $66,900** |
| **Branden L. Powell & Neysa Salinas**<br>**307 W. Washington St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 307 W. Washington St. -**<br>**$35,200.00** |
| **Brandon Elders**<br>**17341 Rd. 139**<br>**Cecil, OH** | **Rent To Own Contract - 17341 Rd. 139 -**<br>**$80,400.00** |
| **Brant & Allison Zuber**<br>**7702 SR 49**<br>**Payne, OH 45880** | **Rent To Own Contract - 7702 SR 49; $66,800.00** |
| **Christopher W. Smith**<br>**205 Auglaize St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 205 Auglaize St. $18,900** |
| **Dennise Young**<br>**222 E. Bailey St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 222 E. Bailey St.**<br>**$68,400.00** |
| **Janice L. Reed**<br>**8227 US 127**<br>**Paulding, OH 45879** | **Rent To Own Contract - 8227 US 127 - $62,400.00** |
| **Joel & Rhonda Lotz**<br>**407 S. Laura St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 407 S. Laura St.,**<br>**$24,000.00** |
| **Larry D. & Jeanne S. Eberly**<br>**16814 Rd. 87**<br>**Cecil, OH 45821** | **Rent To Own Contract - 16814 Rd. 87, Ohio City,**<br>**Ohio - $58,900.00** |

**1**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mary L. Belcher**<br>**820 W. Harrison St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 820 W. Harrison St. - $52,100.00** |
| **Matt Schroeder and Heather Miller**<br>**825 N. Main St.,**<br>**Paulding, OH 45879** | **Rent To Own Contract - 825 N. Main St. - $58,900.00** |
| **Michael Speiser & Lanie Basener**<br>**306 E. Perry St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 306 E. Perry St., $ 57,700.00** |
| **Paul & Caroline Gibson**<br>**769 N. Williams St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 769 N. Williams St., - $25,300.00** |
| **Paulding Investments, LLC**<br>**634 E. Perry St.**<br>**Paulding, OH 45879** | **Lease of 119 S. Williams St., Paulding, OH; Debtors's interest: Landlord; five years; $2,728.25 monthly** |
| **Phillip Wilhelm & Amanda Hageman**<br>**839 W. Caroline St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 839 W. Caroline St. - $52,800** |
| **Richard E. Rotzoll**<br>**402 N. Vine St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 402 N. Vine St., - $50,400.00** |
| **Richard E. Rotzoll**<br>**201 Spruce St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 201 Spruce St., $41,800.00** |
| **Rick Rickard & Justina Feehan**<br>**212 N. Sherman St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 212 N. Sherman St. - $37,000** |
| **Robert Carl Dorsett**<br>**505 W. Koch St.**<br>**Ohio City, OH 45874** | **Rent To Own Contract - 505 W. Koch St. - $19,450.00** |
| **Stachie J. Hankinson**<br>**12133 RD 224**<br>**Cecil, OH 45821** | **Rent To Own Contract - 12133 Rd 224 - $58,000.00** |
| **William Wesley & Elizabeth Brown**<br>**602 W. Jackson St.**<br>**Paulding, OH 45879** | **Rent To Own Contract - 602 W. Jackson St. - $62,600.00** |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

.

In re   **Alan Ward Griffiths,**                            Case No.    **15-30552**
            **Cheri Lee Griffiths**
                                     ,
                            Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Birdstone Inc**<br>**602 E. Perry Street**<br>**Paulding, OH 45879** | **CITIZENS NATIONAL BANK**<br>**P.O. BOX 88**<br>**Bluffton, OH 45817** |
| **Birdstone Inc**<br>**602 E. Perry Street**<br>**Paulding, OH 45879** | **First Federal Bank**<br>**601 South Clinton St.**<br>**PO Box 248**<br>**Defiance, OH 43512** |
| **Birdstone Inc**<br>**602 E. Perry Street**<br>**Paulding, OH 45879** | **Sherwood State Bank**<br>**105 N. Harrison Street**<br>**PO Box 4546**<br>**Sherwood, OH 43556** |
| **Dovetail Development**<br>**602 E. Perry Street**<br>**Paulding, OH 45879** | **Antwerp Exchange Bank**<br>**305 South Main Street**<br>**PO Box 727**<br>**Antwerp, OH 45813** |
| **Dovetail Development**<br>**602 E. Perry Street**<br>**Paulding, OH 45879** | **First Federal Bank**<br>**601 South Clinton St.**<br>**PO Box 248**<br>**Defiance, OH 43512** |
| **Dovetail Development**<br>**602 E. Perry Street**<br>**Paulding, OH 45879** | **Sherwood State Bank**<br>**105 N. Harrison Street**<br>**PO Box 4546**<br>**Sherwood, OH 43556** |
| **Paulding Auto Group**<br>**119 Williams St.**<br>**Paulding, OH 45879** | **First Federal Bank**<br>**601 South Clinton St.**<br>**PO Box 248**<br>**Defiance, OH 43512** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

15-30552-jpg   Doc 28   FILED 04/13/15   ENTERED 04/13/15 09:09:34   Page 33 of 53

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alan Ward Griffiths** |
| Debtor 2 (Spouse, if filing) | **Cheri Lee Griffiths** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (If known) | **15-30552** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income                                          12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | | |
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | **President** | |
| | **Employer's name** | **Birdstone, Inc** | |
| | **Employer's address** | **602 E. Perry St.**<br>**Paulding, OH 45879** | |
| | **How long employed there?** | **15 years** | |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,550.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **3,550.00** | $ **0.00** |

Debtor 1  **Alan Ward Griffiths**
Debtor 2  **Cheri Lee Griffiths**                                          Case number (*if known*)  **15-30552**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | **3,550.00** | $ **0.00** |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **0.00** |

| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **0.00** | $ **0.00** |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ **3,550.00** | $ **0.00** |

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **0.00** |

| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |
|---|---|---|---|---|

10. **Calculate monthly income.**  Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. $ **3,550.00** + $ **0.00** = $ **3,550.00**

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                               11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ **3,550.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

15-30552-jpg     Doc 28     FILED 04/13/15     ENTERED 04/13/15 09:09:34     Page 34 of 53

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alan Ward Griffiths** |
| Debtor 2 (Spouse, if filing) | **Cheri Lee Griffiths** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (If known) | **15-30552** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes.  Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ _____ 0.00

   **If not included in line 4:**

   4a. Real estate taxes    4a. $ _____ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ _____ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ _____ 150.00
   4d. Homeowner's association or condominium dues    4d. $ _____ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ 0.00

15-30552-jpg    Doc 28    FILED 04/13/15    ENTERED 04/13/15 09:09:34    Page 35 of 53

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 300.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 75.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 350.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 150.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 350.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 400.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 60.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **RE** | | 16. $ | 208.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 522.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 2,765.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,550.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 2,765.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 785.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain:

# United States Bankruptcy Court
## Northern District of Ohio

In re **Alan Ward Griffiths**      Case No. **15-30552**
    **Cheri Lee Griffiths**
                  Debtor(s)      Chapter **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **36**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 9, 2015**           Signature    **/s/ Alan Ward Griffiths**
                                            **Alan Ward Griffiths**
                                            Debtor

Date  **April 9, 2015**           Signature    **/s/ Cheri Lee Griffiths**
                                            **Cheri Lee Griffiths**
                                            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re **Alan Ward Griffiths**
**Cheri Lee Griffiths**

Debtor(s)

Case No. **15-30552**

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,100.00** | **2015 YTD: Husband Employment Income** |
| **$42,600.00** | **2014: Husband Employment Income**<br>**est. Extension sought for 2014 taxes** |
| **$91,020.00** | **2013: Husband Employment Income** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **First Federal Bank of the Midwest -vs- Birdstone, Inc., et al; Case No. CI 15 028** | **Civil** | **Paulding County Common Pleas, Paulding, Ohio** | **Judgment** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Monies** | **Bookkeeper/office manager theft in 2014** | **2014** |
| **Monies - Unknown at this time** | **The Debtor's real properties have been managed since 2011 by the affiliage Birdstone, Inc. All rental proceeds were colelcted and all expenses paid by Birdstone in exchange for management fees. In 2013, Birdstone disocvered financial irregularties and possible diversion of funds by a company employee. These claims were reported to authorities and are the subject of investigation.** | **2013** |

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Diller and Rice, LLC**<br>**124 East Main Street**<br>**Van Wert, OH 45891** | **2/27/2015 - Birdstone, Inc.** | **5717.00** |

## 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Matthew Reineck**<br>**117 North Main Street**<br>**Paulding, OH 45879** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 9, 2015**                         Signature    **/s/ Alan Ward Griffiths**
                                                              **Alan Ward Griffiths**
                                                              Debtor


Date  **April 9, 2015**                         Signature    **/s/ Cheri Lee Griffiths**
                                                              **Cheri Lee Griffiths**
                                                              Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Alan Ward Griffiths**
**Cheri Lee Griffiths**

Case No.  **15-30552**

Debtor(s)

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept $250.00 an hour for my services, plus court costs or expenses. | $ | 0.00 |
| Prior to the filing of this statement I have received $4,000.00 in fees and $1,717.00 in court costs | $ | 5,717.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

☐ Debtor    ☒ Other (specify):    Birdstone, Inc.

3.   The source of compensation to be paid to me is:

☐ Debtor    ☒ Other (specify):    Birdstone, Inc.

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March  , 2015**

**/s/ Steven L. Diller**
**Steven L. Diller 0023320**
**Diller and Rice, LLC**
**124 East Main Street**
**Van Wert, OH 45891**
**419-238-5025  Fax: 419-238-4705**
**steven@drlawllc.com; kim@drlawllc.com**

---

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

        Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

        After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

        Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

        Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

        A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Alan Ward Griffiths**
        **Cheri Lee Griffiths**              Case No.    **15-30552**

                          Debtor(s)         Chapter    **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

     I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Alan Ward Griffiths**
**Cheri Lee Griffiths**                     X    **/s/ Alan Ward Griffiths**          **April 9, 2015**

Printed Name(s) of Debtor(s)                      Signature of Debtor             Date

Case No. (if known)    **15-30552**              X    **/s/ Cheri Lee Griffiths**          **April 9, 2015**

                                           Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Alan Ward Griffiths**
       **Cheri Lee Griffiths**

Case No.  **15-30552**

Debtor(s)

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **April 9, 2015**

**/s/ Alan Ward Griffiths**
**Alan Ward Griffiths**
Signature of Debtor

Date:  **April 9, 2015**

**/s/ Cheri Lee Griffiths**
**Cheri Lee Griffiths**
Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1     **Alan Ward Griffiths**

Debtor 2     **Cheri Lee Griffiths**
(Spouse, if filing)

United States Bankruptcy Court for the:     Northern District of Ohio

Case number     **15-30552**
(if known)

☐ Check if this is an amended filing

## Official Form 22B
# Chapter 11 Statement of Your Current Monthly Income

12/14

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

**Part 1:     Calculate Your Average Monthly Income**

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

    **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ 0.00 | $ _____ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ 0.00 | $ _____ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ 0.00 | $ _____ 0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |

5.  Gross receipts (before all deductions)     $ _____ 0.00
    Ordinary and necessary operating expenses     -$ _____ 0.00
    Net monthly income from a business, profession, or farm     $ _____ 0.00     **Copy here ->** $ _____ 0.00     $ _____ 0.00

6.  **Net income from rental and other real property**
    Gross receipts (before all deductions)     $ _____ 0.00
    Ordinary and necessary operating expenses     -$ _____ 0.00
    Net monthly income from rental or other real property     $ _____ 0.00     **Copy here ->** $ _____ 0.00     $ _____ 0.00

15-30552-jpg     Doc 28     FILED 04/13/15     ENTERED 04/13/15 09:09:34     Page 51 of 53

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | |
|---|---|---|
| For you | $ | 0.00 |
| For your spouse | $ | 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

| | $ 0.00 | 0.00 |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | Column A | Column B |
|---|---|---|---|
| 10a. | | $ | $ |
| 10b. | | $ 0.00 | $ 0.00 |
| 10c. | Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 0.00 + $ 0.00 = $ 0.00

**Total current monthly income**

---

**Part 2:**   Deduct any applicable marital adjustment

---

12. **Copy your total average monthly income from Line 11.**

$ 0.00

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 in line 13d.

■ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is NOT filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13 d.

| | | | |
|---|---|---|---|
| 13a. | | $ | |
| 13b. | | $ | |
| 13c. | | + $ | |
| 13d. | Total | $ | Copy here. => 13d. - 0.00 |

14. **Your current monthly income.** Subtract line 13d from line 12.

14. $ 0.00

15-30552-jpg    Doc 28    FILED 04/13/15    ENTERED 04/13/15 09:09:34    Page 52 of 53

---

**Part 3:**     **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Alan Ward Griffiths**
**Alan Ward Griffiths**
Signature of Debtor 1

X **/s/ Cheri Lee Griffiths**
**Cheri Lee Griffiths**
Signature of Debtor 2

Date **April 9, 2015**
MM / DD / YYYY

Date **April 9, 2015**
MM / DD / YYYY

---