# U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

## WITHDRAWAL PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

| | |
|---|---|
| IN RE: GRIFFITHS, ALAN W<br>115-117 W PERRY<br>PAULDING, OH 45879-9245 | Case No. 15-30552<br>Chapter: 11<br>Claim Date: 7/15/2016 |

The State of Ohio Department of Taxation hereby withdraws its claim #25 10/9/2015 in the amount of 60,428.13 in the above-captioned proceedings. Said claim was filed in error and is therefore WITHDRAWN.

/s/Rebecca L Daum
#0046728
Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH 43216-0530
Phone: (614)752-6864
Fax: (614)995-0164
Email: Rebecca.daum@tax.state.oh.us
Alternate Contact: Email: shelly.todd@tax.state.oh.us